UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Jose Alvarado-Lopez and Maria I          **Case Number:** 10-14653          **Ch:** 13

**Matter:**

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____ Granted _____ Denied _____ Approved _____ Sustained

_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled

_____ OSC enforced/released

_____ Continued to:_____ For:_____

_____ Formal order/stipulation to be submitted by: _____ Date due:_____

_____ Findings and conclusions dictated at close of hearing incorporated by reference

_____ Taken under advisement:  Brief(s) due_____  From_____

Response(s) due_____  From_____

_____ Fees allowed in the amount of: $_____  Expenses of: $_____

_____ No appearance/response by:_____

__X__ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the Debtor's failure to comply with the Court's order dated September 28, 2010 ordering the Debtor to file an amended Chapter 13 plan by October 12, 2010, the case is hereby dismissed.

IT IS SO NOTED:                    IT IS SO ORDERED:

                                   _/s/ William C. Hillman_____Dated: 10/13/2010
_____             _____
Courtroom Deputy                   William C. Hillman, U.S. Bankruptcy Judge